**Exhibit 9 – Infringement of U.S. Patent No. 9,604,155 (Page 1 of 4)**

Up through at least July 2018, ANM used Precision Extraction Solutions' PX1 and PXP closed-loop hydrocarbon extraction equipment for cannabis extraction at its Medford facility.  (See https://ANMco.com/wp-content/uploads/2021/01/Q3-2018-MDA.pdf, at p. 6.)  ANM's past and/or current use of Precision extractors without authority directly infringes one or more claims of U.S. Patent No. 9,604,155 pursuant to 35 U.S.C. § 271(a).  For example, the chart below describes how elements of Precision's PX1 v2017 extractor infringe system claim 1 of the '155 patent.[1]  The PXP and other versions of the PX1 infringe claim 1 in substantially the same way.

| Claim Limitation | Infringing Element |
|---|---|
| 1. A system for extracting compounds from a compound-bearing material, comprising: a first tank adapted to store a solvent; | The PX1 is a system for extracting compounds from a compound-bearing material, specifically cannabinoids, terpenes, and other desired compounds from cannabis plant material.  The PX1 has a solvent tank (a "first tank") adapted to store a solvent, such as butane, propane, or a blend of these solvents. |

---

[1] Gene Pool has yet to receive information relevant to the infringement allegations contained within this claim chart including, without limitation, discovery on ANM's infringing activities as well as ANM's positions, if any, on alleged defenses to infringement.  Therefore, Gene Pool reserves the right to modify or expand on the infringement positions presented in this claim chart, including the right to modify Gene Pool's positions on the meaning of relevant claim terms and how claim limitations read onto ANM's use of infringing products or processes.

Exhibit 9
Page 1 of 4

**Exhibit 9 – Infringement of U.S. Patent No. 9,604,155 (Page 2 of 4)**

| Claim Limitation | Infringing Element | |
|---|---|---|
| an extraction chamber having a top, a bottom, and a hollow expanse between the top and the bottom adapted to hold the compound-bearing material, | The PX1 has a material tank which acts as an extraction chamber having a top, a bottom, and a hollow expanse between the top and the bottom adapted to hold the compound-bearing material, namely cannabis plant material. | (image: PX1 apparatus with "Extraction Chamber" labeled) |
| wherein the extraction chamber comprises a fluid inlet through the top, and wherein said fluid inlet is in fluid communication with an outlet from the first tank; and | The PX1's material tank (the "extraction chamber") has a fluid inlet on its top that is in fluid communication with an outlet from the first tank. | (image: PX1 apparatus with "Fluid Communication", "Fluid Inlet", and "Outlet" labeled) |

**Exhibit 9**
**Page 2 of 4**

**Exhibit 9 – Infringement of U.S. Patent No. 9,604,155 (Page 3 of 4)**

| Claim Limitation | Infringing Element |
|---|---|
| a second tank adapted to store the solvent; | The PX1 has a collection chamber, which acts as a second tank adapted to store the solvent. |
| wherein the second tank is removably coupled to the extraction chamber; | The PX1's collection chamber (the "second tank") is removably coupled to the extraction chamber. |

**Exhibit 9**
**Page 3 of 4**

**Exhibit 9 – Infringement of U.S. Patent No. 9,604,155 (Page 4 of 4)**

| Claim Limitation | Infringing Element |
|---|---|
| a recapture line providing a fluid pathway between the second tank and the first tank that does not extend through the extraction chamber; and | The PX1 has a recapture line that provides a fluid pathway between the collection chamber and the first tank.  The recapture line extends does not extend through the extraction chamber. |
| a heating element in thermal communication with the second tank providing for heating of the second tank to evaporate the solvent and force the solvent to be transported in a vapor phase from the second tank to the first tank. | The PX1's collection chamber (the "second tank") has built-in heat jackets that allow heated water to be run through it.  This system acts as a heating element in thermal communication with, and for heating of, the collection chamber. This heating evaporates solvent in the collection chamber thereby forcing the solvent to be transported in a vapor phase from the collection chamber to the first tank. |

**Exhibit 9**
**Page 4 of 4**