## Exhibit 10 – Infringement of U.S. Patent No. 9,757,664 (Page 1 of 6)

Up through at least July 2018, ANM used Precision Extraction Solution's PX1 and PXP closed-loop hydrocarbon extraction equipment for cannabis extraction at its Medford facility.  (See https://ANMco.com/wp-content/uploads/2021/01/Q3-2018-MDA.pdf, at p. 6.)  ANM's past and/or current use of Precision extractors without authority directly infringes one or more claims of U.S. Patent No. 9,757,664 pursuant to 35 U.S.C. § 271(a).  For example, the chart below describes how ANM's use of the Precision's PX1 v2017 extractor for cannabis extraction infringes the steps of method claim 1 of the '664 patent.[1]  ANM's use of the PXP and other versions of the PX1 for cannabis extraction infringe claim 1 in substantially the same way.

| Claim Limitation | Infringing Element | |
|---|---|---|
| 1. A method of extracting compounds from a compound-bearing material, comprising: providing an extractor comprising: a first tank; | ANM used a PX1 extractor to perform an extraction process. This process was a method of extracting compounds (e.g., cannabinoids, terpenes, etc.) from a compound-bearing material (e.g., cannabis plant material).  During this extraction process, ANM performed the infringing step of providing an extractor, the PX1, comprising a solvent tank (a "first tank"). | First Tank |

---

[1] Gene Pool has yet to receive information relevant to the infringement allegations contained within this claim chart including, without limitation, discovery on ANM's infringing activities as well as ANM's positions, if any, on alleged defenses to infringement.  Therefore, Gene Pool reserves the right to modify or expand on the infringement positions presented in this claim chart, including the right to modify Gene Pool's positions on the meaning of relevant claim terms and how claim limitations read onto ANM's use of infringing products or processes.

Exhibit 10
Page 1 of 6

**Exhibit 10 – Infringement of U.S. Patent No. 9,757,664 (Page 2 of 6)**

| Claim Limitation | Infringing Element | |
|---|---|---|
| an extraction chamber having a top, a bottom, and a hollow expanse between the top and the bottom adapted to hold the compound-bearing material, | The PX1 used by ANM during its extraction process had a material tank which acted as an extraction chamber having a top, a bottom, and a hollow expanse between the top and the bottom that is adapted to hold the compound-bearing material, namely cannabis plant material. | Extraction Chamber |
| wherein the extraction chamber comprises a fluid inlet through the top, and wherein said fluid inlet is in fluid communication with an outlet from the first tank; and | The PX1 used by ANM during its extraction process had a material tank (the "extraction chamber") comprising a fluid inlet through the top.  This fluid inlet was in fluid communication with an outlet from the first tank. | Fluid Communication, Fluid Inlet, Outlet |

**Exhibit 10**
**Page 2 of 6**

## Exhibit 10 – Infringement of U.S. Patent No. 9,757,664 (Page 3 of 6)

| Claim Limitation | Infringing Element | |
|---|---|---|
| a second tank adapted to store a solvent; | The PX1 used by ANM during its extraction process had a collection chamber, which was a second tank adapted to store a solvent. | Second Tank |
| a recapture line providing a fluid pathway between the second tank and the first tank that does not extend through the extraction chamber; | The PX1 used by ANM during its extraction process had a recapture line that provided a fluid pathway between the collection chamber and the first tank.  The recapture line does not extend through the extraction chamber. | Recapture Line |

**Exhibit 10**
**Page 3 of 6**

**Exhibit 10 – Infringement of U.S. Patent No. 9,757,664 (Page 4 of 6)**

| Claim Limitation | Infringing Element | |
|---|---|---|
| placing a compound-bearing material into the extraction chamber; | During its extraction process, ANM performed the infringing step of placing a compound-bearing material (i.e., cannabis plant material) into the PX1's material tank (the "extraction chamber"). | Extraction Chamber |
| placing the solvent in the first tank; | During its extraction process, ANM performed the infringing step of placing the solvent in the first tank of the PX1. | First Tank |

**Exhibit 10
Page 4 of 6**

| Claim Limitation | Infringing Element | |
|---|---|---|
| flowing the solvent from the first tank to the extraction chamber; contacting the compound bearing material in the extraction chamber with the solvent causing an extraction of a compound within the compound-bearing material; | During its extraction process, ANM performed the infringing step of flowing the solvent from the first tank to the extraction chamber of the PX1.  This brought the compound bearing material in the extraction chamber into contact with the solvent thereby causing an extraction of a compound within the compound-bearing material. | Extraction Chamber |
| flowing the solvent and the extracted compound from the extraction chamber to the second tank; | During its extraction process, ANM performed the infringing step of flowing the solvent and the extracted compound from the extraction chamber to the second tank of the PX1. | Second Tank |

Exhibit 10
Page 5 of 6

**Exhibit 10 – Infringement of U.S. Patent No. 9,757,664 (Page 6 of 6)**

| Claim Limitation | Infringing Element | |
|---|---|---|
| removing the extracted compound from the second tank through an opening in the second tank; and | During its extraction process, ANM performed the infringing step of removing the extracted compound from the second tank of the PX1 through an opening in the second tank. Specifically, ANM created an opening in the second tank by either (1) removing the collection bowl comprising the bottom of the tank or (2) using the spigot at the bottom of the collection bowl. | *(image of PX1 extraction device with "Second Tank" labeled in blue and "Openings in Second Tank" labeled in red)* |
| transporting the solvent in a vapor phase from the second tank to the first tank through the recapture line by heating or cooling at least one of the first tank or the second tank. | During its extraction process, ANM performed the infringing step of transporting the solvent in a vapor phase from the second tank to the first tank through the recapture line. ANM did this by at least heating the second tank. | *(image of PX1 extraction device with "Recapture Line" labeled in red)* |

**Exhibit 10**
**Page 6 of 6**